MOTOROLA MOBILITY LLC,
Google Inc., Appellants

v.

MICROSOFT CORP., Appellee.

No. 2015–2061.

United States Court of Appeals,
Federal Circuit.

May 10, 2016.

Andrew S. Ehmke, Haynes & Boone, LLP, Dallas, TX, argued for appellants. Also represented by Debra Janece McComas; Michael Scott Parsons, Richardson, TX.

John D. Vandenberg, Klarquist Sparkman, LLP, Portland, OR, argued for appellee. Also represented by Joseph Thomas Jakubek, Todd M. Siegel.

O'MALLEY, CHEN, and STOLL, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**